AO 442 (Rev. 11/11) Arrest Warrant

.S. MARSHAL-DC AM10:0
RECEIVED NOV 7 '23

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

MELVIN EDWARD ALLEN, JR.

)
) Case: 1:23-cr-00073
) Assigned to: Judge Kollar-Kotelly, Colleen
) Assign Date: 11/6/2023
) Description:SUPERSEDING INDICTMENT (B)
) Related Case No: 23-cr-00073 (CKK)
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MELVIN EDWARD ALLEN, JR.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl;
FORFEITURE: 18 USC § 982(a); 18 USC § 924(d); 21 USC § 853(a) and (p); and 28 USC § 2461(c)

Date:   11/06/2023

2023.11.06
15:29:04
-05'00'

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ROBIN M. MERIWEATHER, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 11/9/23, and the person was arrested on *(date)* 11/9/2023
at *(city and state)* Washington, DC.

Date:   11/9/23

*Arresting officer's signature*

Adam Cintron
*Printed name and title*